IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–42–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL ANDREW CUELLAR, | |
| Defendant. | |

Before the Court is Defendant Michael Andrew Cuellar's Unopposed Motion for Leave to File Out of Time Letters of Support. (Doc. 58.) Mr. Cuellar requests leave to file letters of support on or before December 8, 2021. (*Id.*) This motion is unopposed. (*Id.*)

Accordingly, IT IS ORDERED the motion (Doc. 58) is GRANTED. Mr. Cuellar may file letters of support on or before December 8, 2021.

DATED this 8th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court